1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   RONALD PALMER and CAROL PALMER,          No. C-10-0712 MMC

12          Plaintiff,                        **ORDER DIRECTING DEFENDANT
                                              PNEUMO ABEX LLC TO SUBMIT**
13     v.                                     **CHAMBERS COPY OF DOCUMENT
                                              FILED FEBRUARY 23, 2010**
14   PNEUMO ABEX LLC, et al.,

15          Defendants

16   _____/

17
          On February 24, 2010, the above-titled action was reassigned to the undersigned.
18
     To facilitate the Court's review of the instant matter, the Court hereby DIRECTS
19
     defendant Pneumo Abex LLC to submit forthwith a chambers copy of the Supplemental
20
     Declaration of Thomas J. Jones, filed February 23, 2010.[1].
21
          **IT IS SO ORDERED.**
22
23
     Dated:  February 26, 2010
24                                            MAXINE M. CHESNEY
                                              United States District Judge
25
26
27
28   _____
          [1]The Court has received a chambers copy of all other filed documents.