Edward R. Hugo [Bar No. 124839]
James C. Parker [Bar No. 106149]
Thomas J. Moses [Bar No. 116002]
tmoses@bhplaw.com
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333

Attorneys for Defendant
PNEUMO ABEX LLC successor in interest to
ABEX CORPORATION erroneously sued herein as
PNEUMO-ABEX CORPORATION'S

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD PALMER and CAROL PALMER,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>AC and S, INC., et al.,<br><br>　　　　Defendants. | U.S.D.C. CV10-0712 MMC<br><br>[PROPOSED] ORDER RE PLAINTIFFS' MOTION TO SHORTEN TIME FOR HEARING OF PLAINTIFFS' EMERGENCY MOTION TO REMAND; FOR COST AND FEES; AND TO SHORTEN TIME FOR PLAINTIFFS' MOTION FOR RULE 11 SANCTIONS OR, IN THE ALTERNATIVE, FOR ISSUANCE FOR ORDER TO SHOW CAUSE RE SANCTIONS<br><br>Date:　　　　April 2, 2010<br>Time:　　　　9:00 a.m.<br>Courtroom:　7, 19th Floor<br>Judge:　　　Hon. Maxine M. Chesney<br><br>Action Removed: February 19, 2010 |

This matter is before the Court on Plaintiffs' Motion To Shorten Time For Hearing Of Plaintiffs' Emergency Motion To Remand, For Costs And Fees, And To Shorten Time For Plaintiffs' Motion For Rule 11 Sanctions Or, In The Alternative, For Issuance For Order To Show Cause. We have considered the papers filed in support of and any filed in opposition to the Motion, the admissible evidence and the arguments of the parties, and we deem this matter appropriate for resolution without oral argument. Accordingly,

1

the Court hereby rules as follows:

1. Plaintiffs' Motion is GRANTED; and
2. The Defendant shall file any Opposition to Plaintiffs' Emergency Motion To Remand, and Plaintiffs' Motion for Rule 11 Sanctions, on or before March 8, 2010;
3. Plaintiffs' Replies shall be due on or before March 12, 2010;
4. The hearing, if any, on Plaintiffs' Motions will take place on Friday, March 19, 2010, at 9:00 a.m. in Courtroom 7 on the 19th Floor of the United States District Court for the Northern District of California, San Francisco Division.

IT IS SO ORDERED.

DATED: March 2, 2010

_____
Hon. MAXINE M. CHESNEY
United States District Judge

---

[PROPOSED] ORDER RE PLAINTIFFS' MOTION TO SHORTEN TIME FOR HEARING OF PLAINTIFFS' EMERGENCY MOTION TO REMAND; FOR COST AND FEES; AND TO SHORTEN TIME FOR PLAINTIFFS' MOTION FOR RULE 11 SANCTIONS OR, IN THE ALTERNATIVE, FOR ISSUANCE FOR ORDER TO SHOW CAUSE RE SANCTIONS (CV10-0712 MMC)

Brydon Hugo & Parker
135 Main Street
20th Floor
San Francisco, CA 94105

2